JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNST SOHN et al., | CV 20-9371 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY et al., | |
| Defendants. | |

Pursuant to the Court's February 8, 2021 Order dismissing this action for lack of prosecution and failure to comply with Federal Rule of Civil Procedure 4(m),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 8, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE